# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162156 & (24)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CALVIN B. WARE,
    Defendant-Appellant.

SC: 162156
COA: 353616
Ingham CC: 12-000262-FC

_____/

By order of April 2, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the September 10, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to expand record is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



t0628

Clerk